IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 13-19982-sr |
|---|---|
| CARMEN J. BONDRA, | Chapter 13 |
| Debtor, | Doc. No. |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim **(No. #3-1)** filed by **Ditech Financial, LLC fka Green Tree Servicing**;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) **(No. 3-1)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim No. 3-1 on the Claims Register forthwith**.

**Ditech Financial, LLC fka Green Tree Servicing** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** __February 7, 2017.__

Dated: __January 24, 2017__

BY THE COURT:

_____
Hon. Stephen Raslavich
U.S. Bankruptcy Court Judge